Edward J. Martiny, appellant, v. Hattie Martiny, appellee. Gen. No. 34,546.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed October 23, 1930. Rehearing denied October 31, 1930.

Howard Ames, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Superior Manufacturing Company, appellee, v. Grigsby-Grunow Company, appellant. Gen. No. 33,859.

Heard in the third division of this court for the first district at the October term, 1929. Friend, J., not participating. Opinion filed October 29, 1930.

Albert F. Mecklenburger and Thorley Von Holst, for appellant; Jones, Addington, Ames & Seibold, of counsel. Joseph & Burr, for appellee; Maurice E. Burr, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Charles E. Dwyer, defendant in error, v. First Trust & Savings Bank, plaintiff in error. Gen. No. 33,992.

Heard in the third division of this court for the first district at the December term, 1929. Friend, J., not participating. Opinion filed October 29, 1930.

Amberg, Ott, Dahlin & Livingston, for plaintiff in error. Barrett, Barrett & Wermuth, for defendant in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.

Howard K. Hurwith, appellant, v. American Nipple Manufacturing Company et al., appellees. Gen. No. 34,076.

Heard in the third division of this court for the first district at the February term, 1930. Friend, J., not participating. Opinion filed October 29, 1930.

Wolf & Love, for appellant; Louis F. Davis, of counsel. Eastman, White, Hawxhurst & Lind, for appellee Michael Tauber & Company. Schimberg & Harrison, for appellee Logan L. Mullins; Homer C. Dawson and Archie Schimberg, of counsel.

Mr. Presiding Justice Wilson delivered the opinion of the court.